UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:10-cv-311-RJC-DCK

| | |
|---|---|
| VENUS SPRINGS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ALLY FINANCIAL INC. fka, GMAC INC., | ) |
| Defendant. | ) |

THIS MATTER comes before the Court upon Defendant's Rule 26 Motion to Stay 30(b)(6) Deposition, (Doc. No. 46), until the Court rules on Defendant's Motion for Protective Order. (Doc. No. 44). The Motion for Protective Order has been referred to the Magistrate Judge. Having considered the record, and finding that good cause exists for staying discovery, the motion is GRANTED.

**IT IS, THEREFORE, ORDERED that:** Plaintiff's Motion to Stay 30(b)(6) Deposition (Doc. No. 46) is **GRANTED**, and the deposition is hereby stayed pending the Magistrate Judge's ruling on Defendant's Motion for Protective Order.

Signed: August 19, 2011

Robert J. Conrad, Jr.
Chief United States District Judge