UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:10-cv-311-RJC-DCK

| | | |
|---|---|---|
| VENUS SPRINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ALLY FINANCIAL, INC. fka, | ) | |
| GMAC INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** comes before the Court on Plaintiff Venus Springs's ("Plaintiff") Motion for Recusal. (Doc. No. 65).

Plaintiff's suit alleges that Defendant Ally Financial, Inc. retaliated against her for filing an EEOC charge and a lawsuit against her former employer, Mayer Brown. (Doc. No. 1-1 at 15-16). Plaintiff argues that the Court's connections to Mayer Brown LLP create an appearance of potential bias against the Plaintiff. (Doc. No. 65 at 1-2). The Court disagrees. There is no reasonable basis to question the Court's impartiality in deciding Plaintiff's case.

Plaintiff also references two of the Court's law clerks in her motion. (Doc. No. 65 at 2). Neither of these clerks have worked on Plaintiff's case and early on the Court took steps to screen off the clerk who worked with Plaintiff. Plaintiff's Motion for Recusal, (Doc. No. 65), is **DENIED**.

Nonetheless, the Court will transfer this case to United States District Judge Max O. Cogburn, Jr. for plenary disposition in the interest of justice and efficient use of judicial resources. Judge Cogburn has two cases between Plaintiff and Mayer Brown before him at this time, one of which was first in time. See Case Nos. 3:09-cv-352; 3:10-cv-385 (consolidated for

trial under Case No. 3:09-cv-352).

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's Motion for Recusal, (Doc. No. 65), is **DENIED**; and

2. This case is transferred to United States District Judge Max O. Cogburn, Jr. for plenary disposition.

Signed: December 15, 2011

Robert J. Conrad, Jr.
Chief United States District Judge