UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cv-311

| VENUS SPRINGS, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| Vs. | ) | |
| ALLY FINANCIAL, INC., formerly known as GMAC INC., | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Oral Arguments. Having considered plaintiff's motion and reviewed the pleadings, including defendant's objection (#69),[1] the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Oral Arguments (#66) is **GRANTED,** and the Clerk is directed to calendar this matter for oral arguments on January 18, 2011, at 3 p.m.

Signed: December 28, 2011

Max O. Cogburn Jr.
United States District Judge

---

[1] Counsel for defendant is advised that the undersigned routinely hears oral arguments on summary judgment motions.