# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:10-cv-311

| | |
|---|---|
| VENUS SPRINGS, | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| Vs. | ) |
| ALLY FINANCIAL, INC., formerly known as GMAC INC., | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on plaintiff's Motion for Oral Arguments. Having considered plaintiff's motion and reviewed the pleadings, including defendant's objection (#69),[1] the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Oral Arguments (#66) is **GRANTED,** and the Clerk is directed to calendar this matter for oral arguments on January 18, 2011, at 3 p.m.



Signed: December 28, 2011

Max O. Cogburn Jr.
United States District Judge

---

[1] Counsel for defendant is advised that the undersigned routinely hears oral arguments on summary judgment motions.