# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Venus Springs,

    Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                        3:10-cv-311

Ally Financial, Inc. ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 30, 2012 Order.

                                               Signed: January 30, 2012

                                               Frank G. Johns, Clerk
                                               United States District Court